AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:05CR00156-006 |
| Vicente Camarena-Salazar | ) | USM No: 07926-028 |
| | ) | |
| Date of Original Judgment: 12/21/2006 | ) | |
| Date of Previous Amended Judgment: | ) | Sara J. Varner |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 292 months **is reduced to** 235 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
**Laura A. Briggs, Clerk**
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 12/21/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 15, 2016

Effective Date: _____
*(if different from order date)*

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana